UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH CARL JONES,

        Defendant.

Case No. 21-cr-0196-bhl
Case No. 94-cr-0043-bhl

---

## ORDER
---

On January 26, 2022, the Court held an in-person hearing with Assistant United States Attorneys Porchia Lewand and Abbey Marzick, Defense Counsel Jeffrey W. Jensen, and defendant Joseph Carl Jones. For the reasons stated on the record, the Court will grant Jeffrey W. Jensen's Motion to Withdraw as Counsel for the Defendant. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel for the Defendant (ECF No. 19) is **Granted**, and Jeffrey W. Jensen's representation of defendant Joseph Carl Jones is terminated.

**IT IS FURTHER ORDERED** that the **Federal Defender Services of Wisconsin shall appoint substitute counsel** for defendant Jones.

**NOTICE:** a counsel-only status conference has been scheduled for **March 7, 2022, at 10:00 AM** by telephone. To appear, you must call the Court conference line at 1-866-434-5269, and enter access code 1737450# before the scheduled hearing time.

Dated at Milwaukee, Wisconsin on January 26, 2022.

                                                  s/ *Brett H. Ludwig*
                                                  BRETT H. LUDWIG
                                                  United States District Judge